UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAELA TURNER,           )<br>                            )<br>     Plaintiff,           )<br>                            )<br>     v.                     )<br>                            )<br> UNITED STATES POSTAL       )<br> SERVICE, et al.,           )<br>                            )<br>     Defendants.            )<br>                            ) | Civil Action No.<br>23-10752-FDS |

# ORDER

**SAYLOR, C.J.**

In May 2023, through various pleadings, Michaela Turner alleged misconduct by the U.S. Postal Service, the Avon Police Department and several of its officers, a Massachusetts state district court and district judge, the Boston Police Department, and the Brockton Police Department.

On July 28, 2023, Magistrate Judge Page M. Kelley issued a Report and Recommendation recommending that the action be dismissed in its entirety. The Magistrate Judge directed Turner to file any objections to the recommendation of dismissal within 14 days of service in accordance with Fed. R. Civ. P. 72(b). Plaintiff has not filed any objections to the Report and Recommendation, and the time to do so has expired.

Upon review and careful consideration of the Report and Recommendation of the Magistrate Judge, the Court hereby ADOPTS the recommendation in its entirety. *See* 28 U.S.C. § 636(b)(1). Accordingly, the action is DISMISSED without prejudice, except as to the claim

against the named state district judge, which is DISMISSED with prejudice.  The clerk is directed to enter a separate order of dismissal.

**So Ordered.**

Dated:  October 3, 2023

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court